# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **NAVIDAD MARTINEZ,** | § | |
| Plaintiff, | § | |
| vs. | § | C.A. NO. 2:20-cv-00122 |
| **RMB HOSPITALITY LTD.** | § | |
| Defendant | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, NAVIDAD MARTINEZ Plaintiff and RMB HOSPITALITY LTD., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   August 15, 2020              FOR NAVIDAD MARTINEZ, Plaintiff

BY:     /S/   *R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax

                                                  Texas State Bar ID No. 19823800
                                                  Federal Bar ID 13098

DATED:      August 15, 2020        RMB HOSPITALITY LTD., Defendant

                                                  BY:  ***/S/   Nick Bhakta***_____
                                                  Mr. Nick Bhakta
                                                  THE BHAKTA LAW FIRM, PC
                                                  3309 Forest Creek Drive, Suite 202
                                                   Round Rock, Texas 78664