United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NAVIDAD MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-122 |
| | § | |
| RMB HOSPITALITY LTD, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (D.E. 8), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 18th day of August, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1